UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,                    Case No. 2:16-cr-20268
                                        Hon. Matthew F. Leitman

v.

CARLOS JOHNSON

       Defendant.
_____/

## ORDER EXTENDING REPORTING DATE

**IT IS HEREBY ORDERED** that the reporting date for Defendant, Carlos Johnson, be extended from August 22, 2017, to October 6, 2017, at 12:00 noon.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 15, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764